UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/6/22_____
```

---------------------------------------------------------------X

CELESTIAL CHURCH OF CHRIST U.S.A.        :
DIOCESE AND JOSEPH OLORUMMISOLA,          :
                                          :
                                          :
                          Plaintiffs,     :          22-CV-0914 (VEC)
          -against-                       :
                                          :          ORDER
                                          :
ANTHONY IREMIREN,                         :
                                          :
                          Defendant.      :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS this case has been referred to Magistrate Judge Wang for general pretrial

matters and dispositive motions, *see* Dkt. 14;

        IT IS HEREBY ORDERED that the Initial Pre-Trial Conference currently scheduled for

Friday, May 13, 2022, at 10:30 a.m. is ADJOURNED *sine die*.


**SO ORDERED.**

**Date: May 6, 2022**                              **VALERIE CAPRONI**
**New York, New York**                             **United States District Judge**