**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CELESTIAL CHURCH OF CHRIST USA DIOCESE, et al.,

            Plaintiffs,

      -against-

ANTHONY IREMIREN,

            Defendant.
------------------------------------------------------------x

22-CV-914 (JPC) (OTW)

**ORDER**

    **ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of Plaintiffs' request to file a Motion to Strike *pro se* Defendant's "Response to Plaintiff's answer to Counter-Claim." (ECF 12). This request is **DENIED**.

    The parties are directed to meet and confer, and by August 5, 2022, file a joint status letter addressing whether:

(1) the Southern District of New York is a proper venue for this litigation;

(2) this case is related to *Celestial Church of Christ USA Diocese et al. v. Mosley et al.*, 22-cv-860 (JPC) (SN);

(3) whether Plaintiffs seek to dismiss the case against Defendant and Counter-Plaintiff, Anthony Iremiren for the same reasons that Mr. Iremiren was dismissed in 22-CV-860. *See* 22-CV-860 (JPC) (SN), ECF No. 20-1; and

(4) whether, if Plaintiffs seek to dismiss Mr. Iremiren, Mr. Iremiren would also seek to dismiss his counterclaims.

Plaintiffs are directed to serve a copy of this Order on *pro se* Defendant by **July 22, 2022**, and file proof of service on the docket.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: July 15, 2022<br>　　　New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |