**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Celestial Church of Christ
U.S.A Diocese, and
Joseph Olorunnisola,

     Plaintiffs,

  – against –

Anthony Iremiren,

     Defendant.

Civil Action No. 22-CV-914(JPC)(OTW)  [VEC]

**STIPULATED SETTLEMENT AGREEMENT**

Plaintiffs Celestial Church of Christ U.S.A Diocese and Joseph Olorunnisola, and Defendant Anthony Iremiren, by and through their respective attorneys, hereby enter into this Stipulated Settlement Agreement, upon the terms and conditions set forth below:

1. Plaintiffs withdraw the entirety of their claims against the defendant, with prejudice.
2. Defendant withdraws the entirety of his claims against the plaintiffs, with prejudice.
3. This Stipulated Settlement Agreement represents a full and final settlement and satisfaction of any and all claims by the parties herein, against one another.
4. This Stipulated Settlement Agreement shall not be construed to create any rights in, or grant any cause of action to any of the parties.

Dated: 08/24/2022

             *Ike Agwuegbo*
             Ike E. Agwuegbo, Esq.
             Ike Agwuegbo & Co P.C.
             Attorney for Plaintiffs
             15 Ocean Avenue, Suite 2C
             Brooklyn, New York 11225

Dated: 08/24/2022

Da'Tekena Barango-Tariah, Esq. (DB 5592)
Attorney for Defendant
25 Bond Street, Second Floor
Brooklyn, New York 11201
(718) 625 4200

---

This case is hereby DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate any open motions and close the case.
SO ORDERED.

*Valerie Caproni*  8/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE